**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MOHAMMAD ABED AWAD,

    Plaintiff,

v.                                                  CV No. 15-373 MV/CG

UNITED STATES OF AMERICA,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OBJECTIONS

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion for Extension of Time to Respond to Plaintiff's Objections to the United States Magistrate Judge's Proposed Findings and Recommended Disposition, Doc. 44*, (Doc. 45), filed April 30, 2018. The Court, having read the Motion, noting it is unopposed, and being otherwise fully informed, finds that the motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's deadline to respond to Plaintiff's objections is hereby extended to **May 18, 2018.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE